UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SARAH GLANZ, individually and on behalf
of all others similarly situated,
                       Plaintiff,

v.

REVENUE MANAGEMENT SERVICES
CORP.,
                       Defendant.
------------------------------------------------------------x

**ORDER**

20 CV 1229 (VB)

On February 12, 2020, plaintiff Sarah Glanz commenced the instant action against defendant Revenue Management Services Corp. (Doc. #1).

On February 19, 2020, plaintiff docketed a proof of service indicating service on defendant on February 19, 2020. (Doc. #6). Defendant had until March 11, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

To date, defendant has not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by March 26, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by April 9, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: March 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge