UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SARAH GLANZ, individually and on behalf of
all others similarly situated,
                Plaintiff,
v.

REVENUE MANAGEMENT SERVICES
CORP.,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 1229 (VB)

       The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 11, 2020. To be clear, any application to restore the action must be filed by August 11, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: June 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge